**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

State of South Carolina, Respondent,

v.

Samuel Edward Alexander, Jr., Petitioner.

Appellate Case No. 2018-001884

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal From Chesterfield County
Roger E. Henderson, Circuit Court Judge

---

Opinion No. 2019-MO-046
Heard December 11, 2019 – Filed December 18, 2019

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Taylor Davis Gilliam, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Assistant Attorney General Joshua Abraham Edwards, both of

Columbia, and Solicitor William Benjamin Rogers, Jr., of Bennettsville, for Respondent.

———————

**PER CURIAM:** We issued a writ of certiorari to review the court of appeals' decision in *State v. Samuel Edward Alexander, Jr.*, Op. No. 2018-UP-335 (S.C. Ct. App. filed July 25, 2018). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**